[No. 4257-0-III.   Division Three.   March 23, 1982.]

PEGGY RAKESTRAW, *as Guardian, Appellant,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 24698, Albert J. Yencopal, J., entered October 27, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4361-4-III.   Division Three.   March 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ELLIS STEVEN HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-1-00677-6, Albert N. Bradford, J. Pro Tem., entered January 26, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 4196-4-III.   Division Three.   March 23, 1982.]

*In the Matter of the Marriage of* PATRICIA LEE JAMES, *Respondent, and* NORMAN J. JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 236770, Donald N. Olson, J., entered September 29, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 5145-II.   Division Two.   March 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY ANN GOODALE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-672, John H. Kirkwood, J., entered November 14, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.